UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| KENISHA S. WOODARD, | ) | No: 2:23-cv-10030-AS |
| | ) | |
| Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER AWARDING |
| v. | ) | EAJA FEES |
| | ) | |
| MARTIN O'MALLEY | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS AND 00/100 **($4,700.00)** and zero costs ($0.00), subject to the terms of the stipulation.

DATE: September 10, 2024              / s / Sagar
                                                  HON. ALKA SAGAR
                                                  UNITED STATES MAGISTRATE JUDGE